# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PLANT-N-POWER SERVICES, INC.                    NO.   2025 CW 0459

VERSUS

JRE FIELD SERVICES, LLC, TEX
DAVID SIMONEAUX, JR., JRE
INDUSTRIAL SERVICES, LLC                        **JULY 3, 2025**

---

In Re:     JRE Industrial, LLC, applying for supervisory writs,
           23rd Judicial District Court, Parish of Ascension, No.
           131445.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

    **WRIT DISMISSED.** This writ is dismissed pursuant to correspondence from counsel for relator, advising that all claims were dismissed pursuant to judgment of the district court and requesting that this writ application be dismissed.

                **MRT**
                **AHP**
                **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT